# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

## NO. 03-19-00752-CV

---

**Kendrick Tyrone Hester, Appellant**

**v.**

**Josephine Patricia Guy, Appellee**

---

### FROM THE 426TH DISTRICT COURT OF BELL COUNTY
### NO. 305,693-E, THE HONORABLE FANCY H. JEZEK, JUDGE PRESIDING

---

## M E M O R A N D U M   O P I N I O N

Appellant's brief was originally due on January 13, 2020. On March 3, 2020, this Court sent a notice to appellant informing him that his brief was overdue and that a failure to file a satisfactory response by March 13, 2020, would result in the dismissal of this appeal for want of prosecution. To date, appellant has not filed a brief or a motion for extension of time. Accordingly, we dismiss this appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

_____

Gisela D. Triana, Justice

Before Chief Justice Rose, Justices Baker and Triana

Dismissed for Want of Prosecution

Filed: March 31, 2020